**R. W. LINDSAY, Appellant, v. KIECK-HEFER CONTAINER CORPORA-TION, Appellee.**

No. 10919.

Court of Civil Appeals of Texas.
San Antonio.

March 19, 1941.

Rehearing Denied April 16, 1941.

R. D. Cox, Jr., and Strickland, Ewers & Wilkins, all of Mission, for appellant.

George B. Banks, of Houston, for appellee.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.